1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KENNETH WAYNE MILLS,                          No.  2:19-cv-1957 CKD P

12                    Plaintiff,

13          v.                                       ORDER AND

14    FOX, et al.,                                   FINDINGS AND RECOMMENDATIONS

15                    Defendants.

16

17          On September 30, 2019, plaintiff was ordered to file a completed in forma pauperis

18    application or pay the filing fee within thirty days and was cautioned that failure to do so would

19    result in a recommendation that this action be dismissed.  The thirty day period has now expired,

20    and plaintiff has not responded to the court's order.

21          Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district

22    court judge to this case; and

23          IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See

24    Fed. R. Civ. P. 41(b).

25          These findings and recommendations are submitted to the United States District Judge

26    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

27    after being served with these findings and recommendations, any party may file written

28    objections with the court and serve a copy on all parties.  Such a document should be captioned

1  "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

2  objections shall be served and filed within fourteen days after service of the objections.  The

3  parties are advised that failure to file objections within the specified time may waive the right to

4  appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

5  Dated:  November 7, 2019

6  _____
   CAROLYN K. DELANEY

7  UNITED STATES MAGISTRATE JUDGE

8

9

10  1
    mill1957.fifp

11